**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 99-6451**

───────────

SAVINO BRAXTON,

Petitioner - Appellant,

versus

THE STATE OF MARYLAND,

Respondent - Appellee.

───────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. J. Frederick Motz, Chief District Judge. (CA-99-366-JFM)

───────────

Submitted: June 17, 1999          Decided: June 23, 1999

───────────

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Savino Braxton, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Savino Braxton appeals the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West Supp. 1999), and his motion for reconsideration of the same. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appeal-ability and dismiss the appeal on the reasoning of the district court. See Braxton v. Maryland, No. CA-99-366-JFM (D. Md. Feb. 12; Mar. 4, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the order denying Braxton's motion for reconsideration filed on March 3, 1999, it was entered on the district court's docket sheet on March 4, 1999. March 4, 1999, is therefore the effective date of the district court's decision. See Fed. R. Civ. P. 58 and 79(a); see also Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2